No. 94–7777. FERGUSON v. DOMOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 94–7782. GARCIA v. BUNNELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–7788. HARRIS v. ROCHA, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 94–7790. DANIEL v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 94–7791. CAMPOS v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 94–7794. BURKE v. SZABO, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 94–7796. CASTRO v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–7799. HOLSTON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 94–7801. HARRIS v. LAWLER. C. A. 9th Cir. Certiorari denied.

No. 94–7802. DANIELS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 94–7803. JAMES v. WHITLEY, WARDEN. Sup. Ct. La. Certiorari denied.

No. 94–7808. WILKINS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–7811. POE v. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–7812. LOVALL v. BIANCHI, JUDGE, DISTRICT COURT OF TEXAS, HARRIS COUNTY. Sup. Ct. Tex. Certiorari denied.